# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Volmar Construction, Inc. ) ASBCA Nos. 60634, 60635, 61098
)
Under Contract No. W912QR-12-C-0074 )

APPEARANCE FOR THE APPELLANT: Richard T. Garofalo, Esq.
 Garity, Graham, Murphy, Garofalo
 & Flinn, P.C.
 East Hanover, NJ

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
 Engineer Chief Trial Attorney
 Carlton A. Arnold, Esq.
 R. Lauren Horner, Esq.
 Engineer Trial Attorneys
 U.S. Army Engineer District, Louisville

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: August 13, 2018

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60634, 60635, 61098, Appeals of Volmar Construction, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals